G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
TEQUANA LONG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEQUANA LONG, <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 - 10, inclusive. <br><br> Defendants. | Case No. 3:12-cv-01648-JSW <br><br> [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 - 10, inclusive. |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff TEQUANA LONG against Defendant DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 - 10, inclusive are dismissed, without prejudice.

Plaintiff TEQUANA LONG and Defendant DIVERSIFIED COLLECTION

///

///

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT–
3:12-CV -01648 -JSW

SERVICES, INC shall each bear their own costs and attorneys' fees.

Date: January 14, 2013

*[signature: Jeffrey S. White]*

JUDGE, United States District Court,

Northern District of California

- 4 -

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT--
3:12-CV-01648-JSW