1  G. Thomas Martin, III (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA 91436
3  Direct Dial: (818) 907-2030
   Fax: (818) 205-3730
4  tom@plglawfirm.com

5  Attorneys for Plaintiff,
   TEQUANA LONG

6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TEQUANA LONG, | Case No. 3:12-cv-01648-JSW |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 - 10, inclusive. |
| vs. | |
| DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 - 10, inclusive. | |
| Defendants. | |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff TEQUANA LONG against Defendant DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 - 10, inclusive are dismissed, without prejudice.

Plaintiff TEQUANA LONG and Defendant DIVERSIFIED COLLECTION

///

///

- 3 -
STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT–
3:12-CV -01648 -JSW

SERVICES, INC shall each bear their own costs and attorneys' fees.

Date: January 14, 2013

*Jeffrey S. White*

JUDGE, United States District Court,
Northern District of California

- 4 -

STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT--
3:12-CV-01648-JSW